IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

YORK INVESTMENTS, LLC,
and TRICOM, INC.

      Plaintiffs,

v.                                           No. 22-cv-0659 KRS/SMV

BORDER PARTS GROUP, INC.,
and KEITH BOYD, individually
and as agent of BORDER PARTS GROUP, INC.,

      Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time:**     November 17, 2022, at 10:30 a.m. MST

**Matter to be heard:**  Case status and the Court's expectations regarding Initial Disclosures

      A telephonic status conference is set for **November 17, 2022, at 10:30 a.m. MST.** Counsel must call the Court's AT&T Conference Line, **(888) 363-4734 (access code: 4382538)**, to connect to the proceedings. The Court requests that counsel read Fed. R. Civ. P. 26(a)(1) (Required Disclosures—Initial Disclosures) prior to the status conference and further be prepared to discuss how the case should proceed, e.g., discovery, briefing, etc.

      IT IS SO ORDERED.

                                                             **STEPHAN M. VIDMAR**
                                                              **United States Magistrate Judge**